UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        Cause No.  1:10-cr-0027-JMS-TAB
                                     )
RONALD L. INGALLS,                   )                         - 01
                                     )
                    Defendant.       )

**AMENDED REPORT AND RECOMMENDATION**

On June 10, 2022, the Court held a hearing on the Petitions for Warrant or Summons for

Offender Under Supervision filed on August 17, 2020.  Defendant Ingalls appeared in person

with his retained counsel Charles Hayes.  The government appeared by Kendra Klump, Assistant

United States Attorney.  U. S. Parole and Probation appeared by Officer Jennifer Considine.

The Court conducted the following procedures in accordance with Fed. R. Crim. P.

32.1(a)(1) and 18 U.S.C. § 3583:

        1.      The Court advised Defendant Ingalls of his rights and provided him with a copy

of the petition.  Defendant Ingalls orally waived his right to a preliminary hearing.

        2.      After being placed under oath, Defendant Ingalls admitted violation number 1.

[Docket No. 144.]

        3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state or local crime."** |

On August 14, 2020, Mr. Ingalls was arrested by the Putnam County Sheriff's Office for felony counts of Dealing Marijuana; Dealing Methamphetamine; Possession of a Controlled Substance and misdemeanor counts of Possession of Marijuana and Possession of Paraphernalia.

According to an incident report, Mr. Ingalls was pulled over in a traffic stop by a deputy from the Putnam County Sheriff's Office due to improper plates and suspicious driving behavior.  The deputy detected an odor of marijuana emanating from the Mr. Ingalls' motorcycle. A search of the motorcycle was conducted, and inside a black backpack, law enforcement found the following: 16 individually wrapped baggies containing one ounce each of a green substance consistent with the appearance/odor of raw marijuana; one plastic bag containing a crystal-like substance with the appearance of methamphetamine that weighed approximately one ounce; a small baggy containing approximately one gram of a gray substance consistent with the appearance of heroin; glass pipes and torch lighters. Also, the deputy found $1,524 inside a storage pouch on front of the motorcycle.

4.    The parties stipulated that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is IV.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5.    The parties jointly recommended a sentence of twelve (12) months to be served concurrently to the sentence issued by Putnam County, Indiana with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the

Attorney General or his designee for a period of twelve (12) months to be served concurrently to

the sentence issued by Putnam County, Indiana with no supervised release to follow. The

Defendant is to be taken into custody immediately pending the District Judge's action on this

Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned

to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and

Recommendation.

Date: 6/16/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system