UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:10-cr-00027-JMS-TAB |
| RONALD L. INGALLS (01), | ) ) ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Amended Report and Recommendation dkt [159] recommending that Ronald L. Ingalls' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Amended Report and Recommendation dkt [159]. The Court finds that Mr. Ingalls committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [144]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Ingalls is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months to be served concurrently to the sentence issued by Putnam County, Indiana and with no supervised release to follow.

Date: 6/17/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal